\

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
• • • ATLANTA  DIVISION• • •**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 2 6 2023

KEVIN P  WEIMER, Clerk
By:              Deputy Clerk

BRITTANY THOMPSON
(Print your full name)

Plaintiff *pro se*,

v.

WICKSHIRE SENIOR LIVING, LLC

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1 :23-CV-2382**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

I.  This employment discrimination lawsuit is brought under (check only those that apply):

  **X**  Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

  **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.  Plaintiff.   Print your full name and mailing address below:

    Name        BRITTANY THOMPSON

    Address     42116 W. Rojo St.

                Maricopa, AZ 85138

4.  Defendant(s).    Print below the name and address of each defendant listed
                     on page 1 of this form:

    Name        WICKSHIRE SENIOR LIVING, LLC

    Address     750 Olf Hickoy Blvd., Building 1, Suite 125

                Brentwood, TN 37027

    Name        _____

    Address     _____

                _____

    Name        _____

    Address     _____

                _____

## Location and Time

5.  If the alleged discriminatory conduct occurred at a location different from the
    address provided for defendant(s), state where that discrimination occurred:

    125 Riverstone Terrace, Canton, GA 30114

6.    When did the alleged discrimination occur?  (State date or time period)

   June 2022 to September 2022

## Administrative Procedures

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    __X__ Yes    _____ No

     If you checked "Yes," attach a copy of the charge to this complaint.

8.    Have you received a Notice of Right-to-Sue letter from the EEOC?

   __X__ Yes    _____ No

     If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:

9.    If you are suing for **age discrimination**, check one of the following:

     _____    60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

     _____    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          _____ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          _____ No          _____ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    \_\_\_\_\_ failure to hire me

    \_\_\_\_\_ failure to promote me

    \_\_\_\_\_ demotion

    __X__ reduction in my wages

    __X__ working under terms and conditions of employment that differed from similarly situated employees

    __X__ harassment

    __X__ retaliation

    __X__ termination of my employment

    \_\_\_\_\_ failure to accommodate my disability

    \_\_\_\_\_ other (please specify) _____

_____

13. I believe that I was discriminated against because of (check only those that apply):

    __X__ my race or color, which is __African American__

    \_\_\_\_\_ my religion, which is _____

    \_\_\_\_\_ my sex (gender), which is \_\_\_\_\_ male \_\_\_\_\_ female

    \_\_\_\_\_ my national origin, which is _____

    \_\_\_\_\_ my age (my date of birth is _____ )

    \_\_\_\_\_ my disability or perceived disability, which is:

_____

    \_\_\_\_\_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    \_\_\_\_\_ other (please specify) _____

_____

14.   Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I am an African America female. I began working for Defendant in May 2022 as a Care Partner. During my empoyment, I was subjected to harrassment, unfair discipline, and racial slurs. In August 2022, Danielle (LNU), Mannager, began cutting my hours for being late, but Jessica (LNU), a Caucasion female, was repeatedly late and called out without Danielle cutting her hours. I complained to Danielle about how she treated me differently than Jessica. I also complained to Danielle about a patient named Sue calling me racial slurs. I told Danielle that Sue called me a "nigger" and "colored girl" and that Sue intentionally coughed on me but did not cough on the white employees. Danielle responded, "It's Sue and that's what she does." Shortly after my complaint, Defendant began writing me up for not completing tasks that were not within in the job duties of a Care Partner. Specifically, I was written up for not changing a catheter which was a Certified Nurse Assistant duty and I was not authoirzed to do the task as a Care Partner. Defendant's terminiated my employement on or about September 6, 2022.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

15.  Plaintiff _____ still works for defendant(s)

      __X__ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes _____ No

      If you checked "Yes," please explain: _____

      _____

      _____

      _____

      _____

17.  If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial? _____ Yes __X__ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____ Defendant(s) be directed to _____

      _____

__X__ Money damages (list amounts) $52,096.00 in lost wages to date and $50,000.00 in mental and emotional suffering.

__X__ Costs and fees involved in litigating this case

__X__ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this ___26___ day of _____May_____, 20_23_____

Brittany Thompson (May 26, 2023 11:54 PDT)
_____
(Signature of plaintiff *pro se*)

Brittany Thompson
_____
(Printed name of plaintiff *pro se*)

52166 W. Rojo St.
_____
(street address)

Maricopa, AZ 85138
_____
(City, State, and zip code)

brittanythompson3500@gmail.com
_____
(email address)

(706) 461-9142
_____
(telephone number)

Page 9 of 9

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2022-08844 |

| | | and EEOC |
|---|---|---|
| | State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Brittany M. Thompson | 706-461-9142 | |

**Street Address**

15 leyland Court

DALLAS, GA 30132

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Wickshire assisted living | 501+ Employees | |

**Street Address**

125 riverstone terrace

CANTON, GA 30114

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Color, Race, Retaliation | 06/01/2022 | 09/06/2022 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began my employment with Respondent on or about May 5, 2022. My most recent position was Care Partner. During my employment I was subjected to harassment, discipline, and racial slurs. I was also subjected to lower pay than similarly situated non-Black employees. I complained to Respondent, without remedy. On or about September 6, 2022, I was discharged. I believe I have been discriminated against because of my race, American Indian, color, dark-skinned, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Ms. Brittany M. Thompson** 09/14/2022 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| *Charging Party Signature* | |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/02/2023

**To:** Ms. Brittany M. Thompson
42116 West Rojo Street
Maricopa, AZ 85138
Charge No: 410-2022-08844

EEOC Representative and email:   STEVEN GARCIA-REYES
Investigator
steven.garcia-reyes@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-08844.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
03/02/2023
Darrell Graham
District Director

**Cc:**
Marilyn  De Los Santos
Wickshire Canton
125 riverstone terrace
CANTON, GA 30114


Please retain this notice for your records.